**STATE of Missouri, Respondent,**

**v.**

**Karlos D. CULBERSON, Appellant.**

**ED 102444**

Missouri Court of Appeals,
Eastern District,
**DIVISION TWO.**

FILED: December 15, 2015

Motion for Rehearing and/or Transfer Denied by Supreme Court January 25, 2016

Application for Transfer Denied April 5, 2016

Lisa M. Stroup, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Mary H. Moore, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

### ORDER

PER CURIAM.

Karlos D. Culberson appeals from a sentence and judgment of conviction for first-degree murder, armed criminal action, and resisting arrest. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We

affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2015).